**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mark Allen McMILLION, Defendant–Appellant.**

**No. 07–30472.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 2, 2009.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Marcia Good Hurd, Esq., USBI—Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

David A. Duke, Esq., Law Office of David A. Duke, Billings, MT, for Defendant–Appellant.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Mark Allen McMillion appeals from the 188–month sentence imposed by the district court, following his jury-trial conviction for violations of the Mann and Transportation Acts, 18 U.S.C. §§ 1952, 2421, 2422(a), 2423(a). We have jurisdiction under 28 U.S.C. § 1291. We affirm.

The record supports the conclusion that the district court found unique vulnerability and did not clearly err in imposing the U.S.S.G § 3A1.1 enhancement given the victim's small size and stature and history of sexual assault and abandonment. *See United States v. Williams,* 291 F.3d 1180, 1196 (9th Cir.2002) (per curiam), *overruled*

*on other grounds by United States v. Gonzales,* 506 F.3d 940 (9th Cir.2007).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

